# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Michael Moussa,<br><br>　　　　Defendant. | No. CR-01-01136-002-PHX-SMM<br><br>**ORDER** |

This matter was assigned to Magistrate Judge Michelle H. Burns for a Report and Recommendation. (Doc. 386). On July 29, 2022, the Magistrate Judge filed a Report and Recommendation with this Court. (Doc. 387). To date, no objections have been filed.

**STANDARD OF REVIEW**

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(3). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1). If no objection is filed, the Court need not consider any issue de novo. Thomas v. Arn, 474 U.S. 140, 154 (1985). Failure to object to a Magistrate Judge's factual findings waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). Additionally, failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

## DISCUSSION

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

## CONCLUSION

Accordingly, for the reasons set forth,

**IT IS ORDERED adopting** the Report and Recommendation of the Magistrate Judge. (Doc. 387).

**IT IS FURTHER ORDERED denying** the Motion for Hearing. (Doc. 383).

**IT IS FURTHER ORDERED issuing** the Writ of Garnishment. (Doc. 379).

Dated this 7th day of September, 2022.

Honorable Stephen M. McNamee
Senior United States District Judge